UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:16-CV-00057-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO STAY |
| ) | |
| GREEN ACRES LAND DEVELOPMENT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

For good cause shown on the parties' joint motion to stay any further proceedings in this matter, it is hereby

ORDERED that this matter is stayed until January 2018 or until further order of the Court.

This 23rd day of September, 2016.

_____
LOUISE WOOD FLANAGAN
United States District Judge