UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:16-CV-57-FL |
| GREEN ACRES LAND ) | |
| DEVELOPMENT, INC. ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the consent order for entry of judgment entered January 19, 2018, that judgment is entered in favor of Plaintiff who shall have and recover from Defendant, Green Acres Land Development, Inc., the amount of Twenty-Six Thousand, Six Hundred Fifteen and 28/100 Dollars ($26,615.28), plus interest at a legal rate.

**This Judgment Filed and Entered on January 19, 2018, and Copies To:**

Rudy E. Renfer  (via CM/ECF Notice of Electronic Filing)
Jeffrey Newbern  (via US mail, 128 West Side Lane, Powell's Point, NC 27966)
Starkey Sharp (via US mail, Sharp, Graham & Baker, P O Drawer 1027, Kitty Hawk, NC 27949)


January 19, 2018                    PETER A. MOORE, JR., CLERK
                                      /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk